UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL C. ROGERS,

        Plaintiff,                Case Number 15-14211
v.                                       Honorable David M. Lawson
                                            Magistrate Judge David R. Grand

MICHIGAN JUDICIAL TENURE
COMMISSION, ATTORNEY GRIEVANCE
COMMISSION, and MICHIGAN FRIEND
OF COURT,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

Presently before the Court is the report issued on March 23, 2016 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the plaintiff's complaint with prejudice. The magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report. The plaintiff subsequently filed a letter with the Court on April 7, 2016.

Although a document filed by a *pro se* litigant is to be construed liberally, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), such leniency "is not boundless." *Martin v. Overton*, 391 F.3d 710, 714 (6th Cir. 2004). Objections to a magistrate judge's report "must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Objections failing "'to specify the findings . . . believed [to be] in error' are too general." *Spencer v. Bouchard*, 449 F.3d 721, 725 (6th Cir. 2006), *abrogated on other grounds by Jones v. Bock,* 549 U.S. 199, 220–21 (2007) ( quoting Miller, 50 F.3d at 380). Even construing the plaintiff's letter liberally, there is nothing in the letter that can be construed as an

objection to the report. The plaintiff is essentially requesting the Court to address his response to the show cause order issued by the magistrate judge on February 24, 2016, which the magistrate judge resolved in the plaintiff's favor in his report. Therefore, there have been no objections to the magistrate judge's report. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #12] is **ADOPTED**.

It is further **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: April 11, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 11, 2016.

s/Susan Pinkowski
SUSAN PINKOWSKI

---